IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:90CR127 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| LAMONT KRESS, | ) ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Termination of Supervised Release (Filing No. 1789). The court held a hearing on the motion on August, 31, 2006. The court determined the motion should be granted. Accordingly,

IT IS ORDERED:

1. Defendant's Motion for Termination of Supervised Release (Filing No. 1789) is granted; and

2. The defendant, Lamont Kress, is hereby discharged from supervised release.

DATED this 31st day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE